Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee

Hector Alexy Giron, Pro Se

Before SMITH, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Hector Alexy Giron has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Giron has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

UNITED STATES of America, Plaintiff-Appellee

v.

Oswaldo SANCHEZ-CRUZ, Defendant-Appellant

No. 16-51397

United States Court of Appeals, Fifth Circuit.

Filed June 20, 2017

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee

Oswaldo Sanchez-Cruz, Pro Se

Before SMITH, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Oswaldo Sanchez-Cruz has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Sanchez–Cruz has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Michael Jay HAWLEY, Defendant-**
**Appellant**

**No. 16-41038**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed June 21, 2017

Alan Reeve Jackson, Assistant U.S. Attorney, Mary Ann Cozby, Assistant U.S. Attorney, Traci Lynne Kenner, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas., Tyler, TX, Plaintiff-Appellee

Michael Jay Hawley, Pro Se

Before HIGGINBOTHAM, PRADO, and HAYNES, Circuit Judges.

PER CURIAM: *

Michael Jay Hawley, federal prisoner # 15687-078, was convicted of conspiracy to manufacture methamphetamine and possession of a firearm during and in furtherance of a drug trafficking crime. He appeals the denial of his 18 U.S.C. § 3582(c)(2) motion for a reduction of sentence. Hawley argues that he is entitled to a reduction under Sentencing Guidelines Amendment 782 and contends that the district court should have applied the offense level agreed upon in the plea agreement. He also asserts that the district court offered insufficient reasons for denying the motion.

Hawley is ineligible for a sentence reduction because he was sentenced below the amended guidelines range of imprisonment. *See* U.S.S.G. § 1B1.10(b)(2)(A), p.s.; *United States v. Doublin,* 572 F.3d 235, 238 (5th Cir. 2009). The district court was not required to provide reasons for its denial of the § 3582(c)(2) motion. *See United States v. Evans,* 587 F.3d 667, 674 (5th Cir. 2009).

The judgment of the district court is AFFIRMED.

**Victor RODRIGUEZ-SALAZAR, also**
**known as Gonzalo Fernandez-**
**Angel, Petitioner**

v.

**Jefferson B. SESSIONS, III,**
**U. S. Attorney General,**
**Respondent**

**No. 15-60771**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed June 21, 2017

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.